TUTTLE, Circuit Judge.

I dissent from the order denying the petition for rehearing. I am of the opinion that the rehearing should be granted and the original judgment of this Court be modified in accordance with the views expressed by me in my dissenting opinion.

**SARKES TARZIAN, INC., a Corporation, Appellant,**

v.

**AUDIO DEVICES, INC., a Corporation, et al., Appellees.**

No. 16431.

United States Court of Appeals
Ninth Circuit.

Nov. 21, 1960.

**Harry S. GETCHELL, Hollis Rinehart, William F. Powers and Francis E. Getchell, Appellants,**

v.

**UNITED STATES of America, Appellee.**

No. 17338.

United States Court of Appeals
Fifth Circuit.

Nov. 22, 1960.

Cody Fowler, Walter Humkey, Harvie S. DuVal, Emmett W. Kehoe, Miami, Fla., Paul Kickliter, Herbert S. Phillips, Tampa, Fla., Chester Bedell, Jacksonville, Fla., for appellant.

James Guilmartin, U. S. Atty., Miami, Fla., for appellee.

Before RIVES, Chief Judge, and TUTTLE and BROWN, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above styled and numbered cause, 282 F.2d 681, is hereby

Denied.

C. B. Dutton, Carl D. Overman, Indianapolis, Ind., Jacob Swartz, Los Angeles, Cal. (Dutton & Kappes, Indianapolis, Ind., Dryden, Harrington, Horgan & Swartz, Los Angeles, Cal., Mason, Kolehmainen Rathburn & Wyss, Chicago, Ill., of counsel), for plaintiff-appellant.

Richards, Watson, Birnbaum & Smith, Clifford A. Hemmerling, Los Angeles, Cal. (Pennie, Edmonds, Morton, Barrows & Taylor, Thomas F. Reddy, Jr., Fritz L. Schweitzer, Jr., James G. Foley, New York City, of counsel), for defendants-appellees.

Before STEPHENS, BARNES and JERTBERG, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the basis of the opinion filed in the case by the learned District Judge, and reported at D.C., 166 F.Supp. 250.